# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER, | ) |
| Plaintiff, | ) Case No. 2:13-cv-02117-JAD-PAL |
| vs. | ) |
| | ) **ORDER** |
| CLARK COUNTY DETENTION CENTER, *et al.*, | ) |
| Defendants. | ) |

This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. By order filed January 10, 2014, the Court dismissed this action with prejudice because the amended complaint contained frivolous claims that could not be cured through amendment. (Doc. 4). Judgment was entered that same date. (Doc. 7).

Plaintiff has filed a request for the production of documents. (Doc. 6). Plaintiff is informed that discovery requests are not to be filed with the Court, but are served on the opposing party. Moreover, this action has been dismissed with prejudice and closed, rendering plaintiff's request for document production moot.

Plaintiff has also filed a second motion for leave to proceed *in forma pauperis*. (Doc. 10). By order filed January 10, 2014, the Court granted plaintiff's first motion to proceed *in forma pauperis*. (Doc. 4). Plaintiff's second motion for leave to proceed *in forma pauperis* is therefore moot and is denied.

Finally, Plaintiff has filed a motion to amend. (Doc. 11). The Court dismissed this action with prejudice because plaintiff's claims in the amended complaint were frivolous and could not be cured with further amendment. (*See* Doc. 4). Nothing in plaintiff's motion to amend gives the Court any indication that further amendment would cure the deficiencies of plaintiff's frivolous claims. Because further amendment would be futile, the motion to amend is denied.

**IT IS THEREFORE ORDERED** that plaintiff's request for the production of documents (Doc. 6) is **STRICKEN** as an inappropriately filed discovery request.

**IT IS FURTHER ORDERED** that plaintiff's second motion for leave to proceed *in forma pauperis* (Doc. 10) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that plaintiff's motion to amend (Doc. 11) is **DENIED**, as further amendment of plaintiff's frivolous claims would be futile.

**IT IS FURTHER ORDERED that no further pleadings shall be filed in this closed action.**

Dated this 23rd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE