UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

John Turner,

    *Plaintiff*,

vs.

Clark County Detention Center, *et al.*,

    *Defendants.*

Case No. 2:13-cv-02117-JAD-PAL

**ORDER** (#23)

       This prisoner civil rights action was dismissed in January 2014 after the court determined that plaintiff John Turner failed to state a viable claim for relief and that leave to amend would be futile. *See* Doc. 4. Turner's appeal to the Court of Appeals for the Ninth Circuit was dismissed for failure to pay the docketing/filing fees. Doc. 20.

       On April 22, 2015, Turner filed a document entitled "Motion for an de novo Review." Doc. 23. A liberal reading of the filing reflects merely a request for clarification whether the claims in this case were dismissed with or without prejudice; Turner indicates that he makes the inquiry because he is contemplating refiling. Doc. 23.

       To the extent that the motion seeks any reconsideration or review of any prior order or ruling, the request is denied because good cause has not been shown and the rulings of this court in this case are now final. Nevertheless, in the interest of clarity, the court reiterates what it made clear in the screening order (Doc. 4): Turner's claims raised in this case were dismissed **with prejudice**, and judgment on those claims has been entered. *See* Doc. 4 at 3-6; Doc. 7.

       Accordingly, Mr. Turner's **Motion for a de novo review (Doc. 23) is DENIED**. This case is closed; Mr. Turner is instructed not to file any additional documents in this case.

       DATED: May 6, 2015.

                                                _____
                                                  JENNIFER A. DORSEY
                                                  United States District Court